```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

------------------------------X
                              :
LESTER WILLIAMS, AS           :    Civil No. 3:21CV00907(SALM)
PERSONAL REPRESENTATIVE OF    :
THE ESTATE OF COBURN BENSON   :
                              :
v.                            :
                              :
DRAGONE CLASSIC MOTOR         :
CARS, INC.                    :    October 18, 2021
                              :
------------------------------X
```

**SCHEDULING ORDER AND CASE MANAGEMENT PLAN**

Based, in part, on the Report of Parties' Planning Meeting [Doc. #12], the following dates are hereby set by the Court as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1:

**Pleadings**: Any motion to amend the pleadings or to join additional parties will be governed by the good cause standard of Fed. R. Civ. P. 16(b).

**Damages Analysis**: Any party with a claim or counterclaim for damages shall serve a damages analysis on opposing counsel, in compliance with Rule 26, on or before **October 29, 2021.** Any party that is required to serve a damages analysis shall serve an updated damages analysis on opposing counsel **14 days after the close of discovery.**

<pre>
</pre>

**Discovery Deadlines:**

Initial Disclosures pursuant to Rule 26(a)(1) must be exchanged by **October 29, 2021.**

All fact discovery, including fact depositions, will be completed (not propounded) by **April 1, 2022.** In order to ensure that this deadline is met, all written discovery requests related to fact discovery must be **propounded** on or before **February 14, 2022.**

Requests for admission are limited to twenty (20) in number (including subsections) without further order of the court.

**Discovery Relating to Expert Witnesses:**

On or before **April 15, 2022,** counsel shall file a joint notice indicating whether either party intends to designate any expert witnesses. If neither party intends to designate an expert witness, the Court will revise the scheduling order accordingly.

Unless otherwise ordered, any party intending to call an expert witness must comply with Fed. R. Civ. P. 26(a)(2). Parties must designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they bear the burden of proof by **May 16, 2022.** Depositions of any such experts must be completed by **June 17, 2022.**

Parties must designate any trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they do not bear the burden of proof by **June 30, 2022.** Depositions of such experts must be completed by **July 29, 2022.**

Any motion related to preclusion of an expert must be filed by **August 12, 2022.**

**Motions to Compel:** Any motion for an order compelling disclosure or discovery pursuant to Fed. R. Civ. P. 37(a) must be filed **within 30 days after the response was due under the Rules of Civil Procedure, that is, within 60 days of the service of the request.** If the parties are negotiating in good faith in an attempt to resolve the discovery dispute, a motion to extend this deadline may be filed. Failure to file a timely motion in accordance with this scheduling order constitutes a waiver of the right to file a motion to compel. Any motions relating to discovery must comply fully with the Local Rules, as well as the Federal Rules of Civil Procedure. Counsel are directed to review Local Rule 37 before filing any discovery motion. Failure to comply with the Local and Federal Rules, and with this Order, may result in summary denial of any such motions.

**Dispositive Motions:** Any motion for summary judgment or for judgment on the pleadings must be filed no later than **September 9, 2022.**

**Joint Trial Memorandum**: A joint trial memorandum in compliance with the Court's Pretrial Order, which will be docketed at a later date, shall be filed on or before **September 23, 2022,** or 30 days after a ruling is issued on any summary judgment motion, whichever is later. Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case.

**Joint Status Reports of Counsel**: A joint status report of counsel shall be filed on or before **January 18, 2022.** The report must address the matters that are relevant to the case at the time and provide each of the following items:

**(1)** a detailed description of the discovery conducted up to the date of the report, and any significant discovery yet to be completed;

**(2)** the remaining deadlines set in the case, and whether the parties expect to seek any extensions of those deadlines;

**(3)** any amendments to pleadings or additional parties contemplated;

**(4)** whether the parties expect to file any dispositive motions;

**(5)** whether the parties consent to the jurisdiction of a Magistrate Judge for all purposes, including trial; and

**(6)** a representation that counsel have conferred with each other and their clients on the question of whether to seek referral for a settlement conference.

Joint status reports of counsel addressing each of these matters shall be filed **every three months** thereafter until the matter is resolved, that is, on **April 18, 2022; July 18, 2022; October 18, 2022;** and corresponding dates in the future if this case has not been resolved. If a motion for summary judgment has been filed, or a firm trial date has been set, no further status reports are required.

**Extensions of Time:** All dates set forth in this Order are firm and will be extended only for good cause. The good cause standard requires a particularized showing that, **despite due diligence**, the party seeking the extension could not comply with this order. Because of the importance of the discovery deadline to the entire schedule, motions to extend the discovery deadline will be viewed with disfavor. A motion to extend the discovery deadline will not be granted unless the movant shows that discovery was commenced promptly and pursued with due diligence in a good faith effort to comply with the deadline established by this order. **Any motion for extension of a deadline must comply with Local Rule 7.**

Counsel shall provide each named party to this action with a copy of this Order.

It is so ordered at New Haven, Connecticut, this 18th day of October, 2021.

                                          /s/
                            HON. SARAH A. L. MERRIAM
                            UNITED STATES DISTRICT JUDGE